

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00076-CR

———————————————

IGNACIO VILLEGAS, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. F25-555-16

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Ignacio Villegas, proceeding pro se, attempts to appeal his conviction for driving while intoxicated third or more. *See* Tex. Penal Code Ann. §§ 49.04, 49.09(b)(2). Pursuant to a plea bargain, Villegas pleaded guilty to that offense in exchange for the State's recommending that his punishment be assessed at ten years' confinement, probated for seven years, and a $1,000 fine. As part of his written plea agreement, Villegas waived any right of appeal, and he was admonished that if the trial court followed the plea agreement, he could not appeal his case without permission from the trial court "except for matters raised by written motions filed prior to trial."

In accordance with the parties' agreement, the trial court found Villegas guilty and sentenced him to ten years' confinement, probated for seven years, and fined him $1,000. The trial court's certification of defendant's right of appeal, which was signed by Villegas, states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d). The trial court also certified that Villegas "has waived the right of appeal."

After receiving a copy of Villegas's notice of appeal, we notified him that we had received the trial court's certification stating that this is a plea-bargain case, that he has no right of appeal, and that he waived the right of appeal. We warned him that unless he filed a response by March 19, 2026, showing grounds for continuing the appeal, this appeal could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We did not receive a response.

2

Thus, in accordance with the trial court's certification, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(d), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  April 30, 2026

3